■ BEVERLY (REINHARD) KAPPERMAN, Appellant, v WILLIAM REINHARD, Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, McLoughlin, J.H.O. (Appeal from Order of Supreme Court, Erie County, McLoughlin, J.H.O.—Support.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.